**No. 60449.**—T. D. Downing Co., a/c United China & Glass Co. *v.* United States, protest 266153–K (Boston).

Opinion by JOHNSON, J.   It was stipulated that the facts are similar in all material respects to those the subject of *Frank P. Dow Co. (Inc.)* v. *United States* (49 Treas. Dec. 271, T. D. 41364). It was held that where a notice of appraisement is required to be sent by the collector to the importer under section 501, *supra*, because the appraised value is higher than the entered value or a change in classification results from the appraised value, the failure to give the required notice has the effect of voiding the appraisement and rendering the liquidation invalid. (*United States* v. *James H. Rhodes & Co.*, 40 C. C. P. A. (Customs) 1, C. A. D. 488) cited. It was further held that this rule applies also to duress entries. *W. X. Huber Co.* v. *United States*, 20 Cust. Ct. 121, C. D. 1093,

cited. Accordingly, it was held that the appraisement herein was void and the liquidation based thereon invalid. Following Abstract 57757, the protest was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).